**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


JOHN WILLIAM PAGUE,      :   No. 112 MAL 2023
     :
        Petitioner      :
     :   Petition for Allowance of Appeal
     :   from the Order of the
        v.      :   Commonwealth Court
     :
     :
CAPITAL AREA TRANSIT AUTHORITY      :
(WORKERS' COMPENSATION APPEAL      :
BOARD),      :
     :
        Respondents      :


## ORDER


**PER CURIAM**

     **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.